**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LAKEISHA HOLLOWAY,

Plaintiff,

v.

NEVADA DEPT. OF CORRECT., et al.,

Defendants.

Case No. 2:26-cv-01905-CDS-NJK

**ORDER**

On September 21, 2026, the Court issued an order screening Plaintiff's first amended complaint under 28 U.S.C. § 1915A. Docket No. 15. The Court dismissed the complaint without prejudice and with leave to amend by October 21, 2026. However, the Court has recently received a notice from Nevada Department of Corrections officials stating that, due to staffing issues, the law library at Florence McClure Women's Correctional Center where Plaintiff is currently housed lost its ability to provide inmates filings from the Court. Thus, it appears likely that Plaintiff did not receive the Court's order. Accordingly, the Court will resend the screening order and extend the deadline for Plaintiff to file a second amended complaint until November 20, 2026.

For the foregoing reasons, **IT IS ORDERED** that:

1. The Clerk of the Court is **INSTRUCTED** to resend the Court's screening order (Docket No. 15), as well as the Court's approved form for a civil rights complaint by an inmate with instructions for the same (Docket No. 15-1), to Plaintiff.

2. The Court extends the deadline for Plaintiff to file a second amended complaint to November 20, 2026. As explained in Court's screening order, if Plaintiff fails to file an amended complaint by this extended deadline, this case will be subject to dismissal.

IT IS SO ORDERED.

DATED: October 21, 2026

Nancy J. Koppe
United States Magistrate Judge